**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Pride Energy Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **SET ASIDE ENTRY OF DEFAULT** |
| vs. | ) | |
| | ) | |
| Chris Carver d/b/a Carv Dog Well Services | ) | |
| and Calrod Investments, LLC d/b/a Calrod | ) | |
| Transport, | ) | |
| | ) | Case No. 4:14-cv-035 |
| Defendants. | ) | |

Before the court is a "Motion to Set Aside Entry of Default" filed by defendant Calrod

Investments, LLC d/b/a Calrod Transport ("Calrod") on November 5, 2014. Calrod requests the

court to set aside the Entry of Default filed by the Clerk of Court on August 12, 2014, and to grant

Calrod leave to file an answer to the complaint. Plaintiff Pride Energy Company filed its response

to the motion on November 26, 2014. Although plaintiff does not agree with Calrod's arguments

in its brief supporting the motion, plaintiff does not oppose the motion.

Accordingly, the court **GRANTS** the motion (Docket No. 17) and pursuant to Fed. R. Civ.

P. 55(c), **ORDERS** the Clerk's Entry of Default (Docket No. 15) set aside. Calrod shall file its

answer or otherwise respond to plaintiff's complaint by December 12, 2014.

Dated this 1st day of December, 2014.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court