**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Pride Energy Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Chris Carver d/b/a Carv Dog Well Services, | ) | |
| Calrod Investments, LLC d/b/a Calrod | ) | |
| Transport, | ) | Case No. 4:14-cv-035 |
| | ) | |
| Defendants. | ) | |

Before the court is a "Stipulation of Dismissal" filed by the parties on October 1, 2015. The court **ADOPTS** the parties' stipulation (Docket No. 33) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without further costs to either party.

Dated this 1st day of October, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court